1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
     Plaintiff,

    v.

MARVIN ALEXANDER GUNN,
     Defendant.

No. CR 16-581-GW

**ORDER SETTING CONDITIONS OF HOME DETENTION**

Having GRANTED the defendant's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i) (*see* ECF No. 59), the Court ORDERS:

1. Under 18 U.S.C. 3582(c)(1)(A), the Court imposes a new, additional term of supervised release (the "additional term") to run through the unserved portion of defendant's original term of imprisonment, to and including defendant's current calculated release date of March 3, 2024.

1

2. During the additional term, the following conditions will apply:

    a.   The defendant will be confined to his residence at all times except for medical needs or treatment, attorney visits, court appearances, religious services, and one hour for shopping for groceries and basic necessities once per week, all of which must be pre-approved by the USPO. Other exceptions to confinement may be granted at the USPO's discretion.

    b.   The defendant will participate in location monitoring, which may include radiofrequency monitoring, GPS, or voice activation technology at $2.00 a day.

    c.   The defendant shall comply with national, state, and local public-health orders regarding COVID-19.

    d.   The defendant will otherwise be subject to the conditions of supervised released imposed in the judgment in commitment order filed May 26, 2017 (ECF No. 35), except that Amended General Order 20-04 will apply.

3. Upon completion of the additional term, the defendant will serve the original term of supervised release specified in the judgment and commitment order, except that Amended General Order 20-04 will apply.

\\
\\
\\
\\
\\
\\

2

1  4.  The Bureau of Prisons is therefore ordered to effectuate a reduced

2      sentence of imprisonment to TIME SERVED, effective within 48

3      hours of this order.

4

5  **IT IS SO ORDERED.**

6  DATED: November 30, 2020

7  HONORABLE GEORGE H. WU

8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3